## UNITED STATES *versus* GEORGE DOUGHTS

JOURNAL ENTRIES (1823): *Journal 3:* (1) Motion for discharge *p. 401; (2) prisoner discharged *p. 403.
PAPERS IN FILE: [None]

## UNITED STATES *versus* ANDREW H. WESTBROOK

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Rule to join in error *p. 407; (2) scire facias ad audiendum errores awarded *p. 417. *Journal 4:* (3) Prosecuting attorney appointed MS p. 30; (4) dismissed MS p. 41.
PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of habeas corpus and return; (3) writ of certiorari and return; (4) assignment of errors; (5) writ of scire facias ad audiendum errores; (6) joinder in errors; (7) reasons for declining to serve as prosecuting attorney.
*1822–23 Calendar*, MS p. 134.

## CALL McALISTER *versus* MICHAEL DOUSMAN

JOURNAL ENTRIES (1823): *Journal 3:* (1) Remand by procedendo *p. 407.
PAPERS IN FILE: (1) Precipe for habeas corpus.
*1822–23 Calendar*, MS p. 19.